### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00216-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      BRANDON C. COOK
      and
2.      JONATHAN M. BOYD,

      Defendants.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **October 6, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **August 19, 2014** and responses to these motions shall be filed by **August 26, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **September 26, 2014 at 2:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 5th day of August, 2014.

                    BY THE COURT:

                    _____
                    RAYMOND P. MOORE
                    United States District Judge