# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   September 11, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00216-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| 1.  BRANDON C. COOK, | Marna Lake |
| 2.  JONATHAN M. BOYD, | Stephen Laiche |
| Defendants. | |

## COURTROOM MINUTES

**MOTIONS HEARING – Video Conference (Grand Junction)**
**COURT IN SESSION:**   1:38 p.m.
Appearances of counsel by video conference.   Defendants are present by video conference and on bond.   The Court appears by video conference.

Mr. Laiche advises the Court that Defendant Boyd and the Government have reached an agreement regarding Defendant Boyd's Motion to Sever Parties (Doc. 26, filed 8/19/14) and Defendant Boyd's Motion for Disclosure of and Information Regarding Confidential Informants (Doc. 29, filed 8/19/14).

**ORDERED:**  Defendant Boyd's Motion for Disclosure of and Information Regarding Confidential Informants (Doc. 29, filed 8/19/14) is GRANTED, consistent with the Government's response, as stated on the record.

Further discussion held Defendant Boyd's Motion to Sever Parties (Doc. 26, filed 8/19/14).

**ORDERED:** Defendant Boyd's Motion to Sever Parties (Doc. 26, filed 8/19/14) is GRANTED. Defendant Cook's trial will be held first. The trials will be held in Denver. Counsel granted leave to file a motion to move the trial to Grand Junction.

Argument given and discussion held regarding Defendant Boyd's Motion for Disclosure of Grand Jury Testimony (Doc. 34, filed 8/29/14).

**ORDERED:** Defendant Boyd's Motion for Disclosure of Grand Jury Testimony (Doc. 34, filed 8/29/14) is DENIED as stated on the record. However, the Government shall provide any *Jencks* material to Defendant on or before **September 29, 2014.** Any *Jencks* material provided shall not be publicly disclosed as stated on the record.

Discussion held regarding Defendant Cook's Motion for Disclosure and Information Regarding Confidential Informants (Doc. 28, filed 8/19/14) and Defendant Cook's Motion to Suppress Statements (Doc. 37, filed 9/3/14).

**ORDERED:** Defendant Cook's Motion for Disclosure and Information Regarding Confidential Informants (Doc. 28, filed 8/19/14) is GRANTED, consistent with the Government's response, as stated on the record.

**ORDERED:** Defendant Cook's Motion to Suppress Statements (Doc. 37, filed 9/3/14) is DENIED as moot without prejudice. Counsel is permitted to reassert the motion at any time, particularly on the grounds of voluntariness, if such issue arises.

Discussion held regarding pending trial dates.

Argument given and discuss held regarding Ms. Lake's oral motion requesting an ends of justice finding pursuant to 18 U.S.C. § 3161 (h)(7)(a) on behalf of Defendant Cook. Mr. Laiche joins the oral motion on behalf of Defendant Boyd and presents argument.

**ORDERED:** Defendant Cook's oral motion for an ends of justice finding pursuant to 18 U.S.C. § 3161 (h)(7)(a) is DENIED as stated on the record. **As to Defendant Boyd, Mr. Laiche is directed to file a written motion on the issue.**

Discussion held regarding the Order (Doc. 48, filed 9/6/14) granting the Motion to Modify Conditions of Release and modifying the no-contact order between Defendant Cook and Sarah Hotz. The Government has no objection to modifying the Order. The Court directs counsel to file a joint motion for reconsideration of Magistrate Judge Gallagher's Order (Doc. 48) as it pertains to Defendant Cook and Sarah Hotz.

**ORDERED:** Bond continued as to both Defendants.

**COURT IN RECESS:**     **2:45 p.m.**
**Total in court time:**    **1:07**
**Hearing concluded**