**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00216-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BRANDON C. COOK

    Defendant.

___

**ORDER SETTING CHANGE OF PLEA HEARING**
___

    Pursuant to the Notice of Disposition filed on September 25, 2014 (Docket No. 55).  A Change of Plea Hearing is set for October 14, 2014 at 9:00 a.m. at the Alfred A. Arraj United States Courthouse, 901 19th Street, Courtroom A 601, Denver, Colorado before Judge Raymond P. Moore. Counsel for the parties, and Defendant, may appear via VTC from the Grand Junction Courthouse and must contact the Courtroom Deputy, Cathy Pearon (303-335-2089) at least 24 hours in advance.  Parties shall  shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 1st day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge